IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER HOOTMAN,                              3:09-CV-1168-AC

               Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

               Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and

Recommendation (#20) on August 5, 2011, in which he recommends

the Court affirm the Commissioner's decision denying Plaintiff's

application for disability insurance benefits and supplemental

security income.  Plaintiff filed timely Objections to the

1 - ORDER

Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In her Objections, Plaintiff reiterates the arguments contained in her Opening and Reply Briefs.  This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#20).  Accordingly, the Court **AFFIRMS** the

Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 8th day of September, 2011.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge


3 - ORDER