IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JENNIFER HOOTMAN**,                              3:09-CV-1168-AC

    **Plaintiff**,                              **JUDGMENT**

v.

**MICHAEL J. ASTRUE,
Commissioner of Social
Security**,

    **Defendant**.

    Based on the Court's Order (# 28 ) issued September 8, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 8th day of September, 2011.

                                                  /s/ Anna J. Brown

                                                ANNA J. BROWN
                                                United States District Judge