IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JENNIFER HOOTMAN,**                              3:09-CV-1168-AC

      **Plaintiff,**                              JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Order (# 28 ) issued September 8, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 8th day of September, 2011.

                                     /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge

1 - JUDGMENT